UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY L. MCNABB,

    Plaintiff,

vs.                                                 Case No. 8:09-CV-2094-T-27EAJ

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 18) recommending that the decision of the Defendant Commissioner be affirmed. Neither party has filed objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 18) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is **AFFIRMED**.

3) The Clerk is directed to enter judgment in favor of the Defendant Commissioner.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 24th day of February, 2011.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record